C. David Russell, NV Bar No. 000838
Brian J. Saeman, NV Bar No. 007892
GUILD RUSSELL GALLAGHER & FULLER, LTD
100 West Liberty Street, Suite 800
P.O. Box 2838
Reno, NV 89505-2838

Charles C. Robinson, Admitted *Pro Hac Vice*
GARVEY SCHUBERT BARER
1191 Second Avenue, 18th Floor
Seattle, WA 98101-2939

Attorneys for Plaintiff

*Court Use only above this line.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CALLISONS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEY FARMS, INC., a Nevada Corporation;<br>KEY BROTHERS, INC., a Nevada corporation,<br>MIKE L. KEY; and R. DRUE KEY,<br><br>Defendants. | NO. 3:08-cv-00426-LRH-RAM<br><br>[ ] STIPULATED<br>PROTECTIVE ORDER |

**STIPULATED PROTECTIVE ORDER**

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. Any party or person producing documents and other materials after the effective date hereof may wish that certain materials not be made available to the other parties to this action on the basis that materials constitute or contain confidential and sensitive business

[PROPOSED] STIPULATED PROTECTIVE ORDER- 1
(NO. 3:08-CV-00426-LRH-RAM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

information.

2. Any party or person that wishes that certain documents or the information contained in the documents be subject to the provisions of this Stipulated Protective Order may stamp or label the documents "CONFIDENTIAL." Such designation constitutes a good faith belief by the producing party that the document, or portion thereof, designated as "CONFIDENTIAL" is or contains confidential commercial information within the meaning of Federal Rule of Civil Procedure, Rule 26(c)(1)(G).

3. All CONFIDENTIAL material produced by any party or person may be revealed only to the following persons:

    a. Counsel directly working on the above-entitled action and such counsel's paralegals, secretaries, and clerical employees who are actively assisting in the preparation, trial, appeal, and/or settlement of this action; and

    b. Independent experts and consultants retained or consulted by counsel concerning the preparation and trial of the above-entitled action, and who must rely on CONFIDENTIAL information in connection with such retention or consultation; and

    c. Court reporters and other persons involved in the recording of deposition testimony in the above-entitled action.

    d. Parties to the above-entitled action, and their agents, officers and representative.

CONFIDENTIAL material may not be given, shown, or made available to any person described within ¶ 3(b) OR (d) unless and until such person has read and signed a copy of a declaration in the form attached hereto as Exhibit A ("Declaration"). The signed Declaration

[PROPOSED] STIPULATED PROTECTIVE ORDER- 2
(NO. 3:08-CV-00426-LRH-RAM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

must be retained by the attorney who obtained the signature.

4.  At the conclusion of the action, including any and all appeals, unless otherwise ordered by the court, all CONFIDENTIAL material, including all copies thereof, must upon request and at the option of the producing party, be returned or destroyed. Any party to whom the CONFIDENTIAL material was produced shall, upon demand, attest in writing to the return of all CONFIDENTIAL material produced or its destruction.

5.  Nothing in this Stipulated Protective Order will preclude any party from applying to the court for additional or different protective provisions with regard to specific documents, materials, or information if the need should arise during the pendency of the litigation.

6.  Nothing in this Stipulated Protective Order will restrict the use of CONFIDENTIAL material in motions or at trial; provided, however, no party or non-party shall file or submit for filing as part of the court record any documents under seal without first obtaining leave of court. Notwithstanding any agreement among the parties, the party seeking to file a paper under seal bears the burden of overcoming the presumption in favor of public access to papers filed in court.

7.  This Stipulated Protective Order will continue to be binding after the conclusion of this action and will not be abrogated by any settlement or dismissal of this action.

8.  If any person or entity requests or demands access to CONFIDENTIAL material produced by the parties in this action, by subpoena or otherwise, counsel for the party receiving the demand or subpoena shall immediately notify counsel of the party who produced the CONFIDENTIAL material for which access is sought ("Producing Party") before responding to

[PROPOSED] STIPULATED PROTECTIVE ORDER- 3
(NO. 3:08-CV-00426-LRH-RAM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eighteenth floor*
*1191 second avenue*
*seattle, washington 98101-2939*
*(206) 464-3939*

or complying with the demand or subpoena. The Producing Party may, at its own expense, resist the production of such CONFIDENTIAL material by timely and appropriate process. Even if the party receiving the demand or subpoena has no objection to the disclosure, such party shall nevertheless invoke this Stipulated Protective Order and shall otherwise make reasonable efforts to prevent disclosure until final resolution of the Producing Party's objections to disclosure.

      10. Nothing in this Stipulated Protective Order will restrict a party's use of its own documents and materials produced during the pendency of the action.

      DATED this _2nd_ day of April, 2009.

| | |
|---|---|
| GUILD RUSSELL GALLAGHER & FULLER, LTD<br>Attorneys for Plaintiff<br><br>By _[signature]_<br>C. David Russell, NV Bar No. 000838<br>Brian J. Saeman, NV Bar No. 007892<br>100 West Liberty Street, Suite 800<br>P.O. Box 2838<br>Reno, NV 89505-2838 | GOICOECHEA, DIGRAZIA, COYLE & STANTON, LTD.<br>Attorneys for Defendants<br><br>By _[signature]_<br>David M. Stanton, NV Bar No. 4389<br>530 Idaho Street<br>Elko, NV 89801 |
| GARVEY SCHUBERT BARER<br>Attorneys for Plaintiff<br><br>By _[signature]_<br>Charles C. Robinson, Admitted Pro Hac Vice<br>1191 Second Avenue, 18th Floor<br>Seattle, WA 98101-2939 | |

[PROPOSED] STIPULATED PROTECTIVE ORDER- 4
(NO. 3:08-CV-00426-LRH-RAM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

**ORDER**

Based on the foregoing stipulation of the parties, it is hereby ORDERED that this stipulation is hereby approved and adopted in all respect.

Signed and dated this __2nd__ day of __April__, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] STIPULATED PROTECTIVE ORDER- 5
(NO. 3:08-CV-00426-LRH-RAM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939

EXHIBIT A

EXHIBIT A

Case 3:08-04-2604-26-LRA-VRAM Document 26-27 Filed 04/02/2009 Page 6 of 7 of 2

# EXHIBIT A

STATE OF _____ )
                                  ) ss.
COUNTY OF _____ )

_____, being first duly sworn on oath, deposes and says:

1. I hereby acknowledge that I have read, fully understood and agreed to abide by the terms and conditions of the Protective Order among the parties entered in the litigation referred to as *Callisons, Inc. v. Key Farms, Inc., et. al.*, Case No. 3:08-cv-00426-LRH-RAM, filed in the United States District Court for the District of Nevada on August 5, 2008.

2. I understand that I am limited by the Protective Order in the disclosure of confidential discovery materials which have been provided or shown to me pursuant to the terms and conditions of this Protective Order. I acknowledge that I shall utilize confidential information and documents provided to me solely for purposes directly related to these proceedings and for no other purpose.

3. <u>I hereby consent to the exercise of personal jurisdiction by the United States District Court for the District of Nevada for the purpose of enforcing the obligations I have agreed to undertake under the terms of the protective order</u>.

_____

SUBSCRIBED AND SWORN to before me this \_\_\_ day of _____, 2009.

NOTARY PUBLIC in and for the State of _____ residing at: _____

My commission expires_____

SEA_DOCS:920074.2

[PROPOSED] STIPULATED PROTECTIVE ORDER- 6
(NO. 3:08-CV-00426-LRH-RAM)

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eighteenth floor
1191 second avenue
seattle, washington 98101-2939
(206) 464-3939